COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-077-CV

NORMA MARQUEZ, AS NEXT FRIEND APPELLANT

OF W.P.C. AND E.E.C., MINORS

V.

MENTAL HEALTH MENTAL RETARDATION APPELLEE

OF TARRANT COUNTY

----------

FROM THE 352
ND
 DISTRICT 
COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Motion To Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM

PANEL D: WALKER, J.; CAYCE, C.J.; and MCCOY, J. 

DELIVERED: October 13, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.